SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

  1301 Clay Street, Suite 340S
  Oakland, California 94612
  Telephone: (510) 637-3717
  Facsimile: (510) 637-3724
  E-mail: Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07-00145 MJJ |
|     Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER GRANTING |
| | ) | STIPULATION TO RE-SET MATTER |
| | ) | FOR CHANGE OF PLEA OR STATUS |
|     v. | ) | AND EXCLUSION OF TIME UNDER |
| | ) | SPEEDY TRIAL CLOCK |
| | ) | |
| JASON JAYE, | ) | Date: July 12, 2007 |
| | ) | Time: 2:00 p.m. |
|     Defendant. | ) | Before the Honorable Martin J. Jenkins |
| | ) | |

    The parties filed their Stipulation to Re-Set Matter for Change of Plea or Trial Setting and Exclusion of Time Under Speedy Trial Clock requesting that the Court re-set the matter from July 12, 2007 to August 31, 2007 and to exclude the time under the Speedy Trial Clock based on the parties' representations that additional time was needed to "effective[ly] prepar[e], taking into account the exercise of due diligence" as well as for continuity of counsel, because counsel for Mr. Jaye is unavailable during a period in August. Good cause appearing therefor,

    **IT IS HEREBY ORDERED** that the matter is re-set to August 31, 2007 at 2:30 p.m. for change of plea or status. If the parties arrive at resolution, they are ordered to notify the Court so that the matter can be placed on the Court's calendar for change of plea and to provide the plea

[PROPOSED] ORDER GRANTING STIPULATION TO RE-SET MATTER FOR CHANGE OF PLEA OR
STATUS AND EXCLUSION OF TIME UNDER SPEEDY TRIAL CLOCK
Case No. 07-00145 MJJ              1

1 agreement by noon the day before the matter is calendared for change of plea. The time between
2 July 12, 2007 and August 31, 2007 is excluded from the Speedy Trial Clock to allow counsel to
3 effectively prepare, taking into account the exercise of due diligence as well as to allow for
4 continuity of counsel. 18 U.S.C. §§ 3161(h)(8)(B)(iv). The Court finds that the "ends of justice
5 served by the granting of such continuance outweigh[s] the best interests of the public and the
6 defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

DATED: 7/11/2007

_____
MARTIN J. JENKINS
United States District Judge