SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724
   E-mail: Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-00145 MJJ |
|    Plaintiff, ) | |
| ) | [PROPOSED] ORDER GRANTING STIPULATION TO RE-SET MATTER FOR CHANGE OF PLEA AND EXCLUSION OF TIME UNDER SPEEDY TRIAL CLOCK |
|    v. ) | |
| ) | |
| JASON JAYE, ) | Date:  August 31, 2007 |
|    Defendant. ) | Time:  2:30 p.m. |
| ) | Before the Honorable Martin J. Jenkins |

("[PROPOSED]" is struck through.)

     The parties filed their Stipulation to Re-Set Matter for Change of Plea and Exclusion of Time Under Speedy Trial Clock requesting that the Court re-set the matter from August 31, 2007 to September 14, 2007 and to exclude the time under the Speedy Trial Clock based on the parties' representations that additional time was needed to "effective[ly] prepar[e], taking into account the exercise of due diligence." Good cause appearing therefor,

     **IT IS HEREBY ORDERED** that the matter is re-set to September 14, 2007 at 2:30 p.m. for change of plea. The time between August 31, 2007 and September 14, 2007 is excluded from the Speedy Trial Clock to allow counsel to effectively prepare, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(8)(B)(iv). The Court finds that the "ends of justice served

[PROPOSED] ORDER GRANTING STIPULATION TO RE-SET MATTER FOR CHANGE OF PLEA OR
STATUS AND EXCLUSION OF TIME UNDER SPEEDY TRIAL CLOCK
Case No. 07-00145 MJJ           1

1  by the granting of such continuance outweigh[s] the best interests of the public and the defendant
2  in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

4  DATED: 8/30/07

   _____
   MARTIN J. JENKINS
   United States District Judge

[PROPOSED] ORDERGRANTING STIPULATION TO RE-SET MATTER FOR CHANGE OF PLEA OR STATUS AND EXCLUSION OF TIME UNDER SPEEDY TRIAL CLOCK
Case No. 07-00145 MJJ         2